UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. | 4:01CR 00199-01 GTE |
| | ) | | |
| MELVIN LEROY BELL | ) | | |

## MOTION TO DISMISS INDICTMENT

The United States of America, by and through United States Attorney Bud Cummins and Assistant United States Attorney Jane W. Duke, for its motion to dismiss indictment, states:

1. The instant case against Melvin Bell was originally indicted in 2001. After his indictment, Mr. Bell experienced numerous serious health problems. These health problems resulted in the defendant requesting and receiving multiple continuances of the trial in this matter because he was not physically able to assist his attorney in preparing for trial and because he was not medically able to endure the rigors of a lengthy trial.

2. On December 8, 2005, the Court held an evidentiary hearing as to Mr. Bell's health status. Based on the record developed during that hearing, it appears that Mr. Bell's health status will not improve so as to allow the trial of this case to proceed.

3. The United States Department of Justice Tax Division has agreed with the United States Attorney's Office for the Eastern District of Arkansas that, because of Mr. Bell's health status, prosecution of this matter is no longer warranted.

4. For these reasons, the Government requests that the Court enter an order dismissing the pending indictment against Melvin Bell.

WHEREFORE, the Government moves for dismissal of the pending indictment.

Respectfully Submitted,

BUD CUMMINS
UNITED STATES ATTORNEY

/s/ JANE W. DUKE
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Jane.Duke@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Bruce Eddy
Asst. Federal Public Defender
1401 W. Capitol Ave., Suite 490
Little Rock, AR 72201
bruce.eddy@fd.org

/s/ Jane W. Duke