IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                            NO. 4:01CR00199-01 GTE

MELVYN LEROY BELL

**ORDER**

Pending before the Court is the Motion to Dismiss Indictment filed by the Government requesting that the Indictment against this Defendant be dismissed.  The Motion states that because of Mr. Bell's health status, prosecution of this matter is no longer warranted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the Indictment filed against Melvyn Leroy Bell in case No. 4:01CR00199-01 GTE, be and it is hereby dismissed and all pending motions in this case are moot.

Dated this 10th day of May, 2006.

                                                _/s/Garnett Thomas Eisele_____
                                                UNITED STATES DISTRICT JUDGE